## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

NATASHA BRUCE,

          Respondent

          v.

OFFICER JOSEPH LIPPERT, III, AND
CITY OF PITTSBURGH,

          Respondents

          v.

SHAKUR BRUCE,

          Petitioner

:  No. 300 WAL 2020
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 2nd day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.